# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
                    Appellant,
            vs.
ANTHONY JAMES ANDERSON,
                    Respondent.

No. 71625

FILED

FEB 28 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a State's appeal from an order granting a motion to suppress. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Connie J. Steinheimer, District Judge
        Attorney General/Carson City
        Washoe County District Attorney
        Larry K. Dunn & Associates
        Washoe District Court Clerk

17-06854